UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. C17-0162JLR |
|---|---|
| Plaintiff, | |
| v. | |
| $12,570.00 IN U.S. CURRENCY, AND ANY ACCRUED INTEREST, | **DEFAULT JUDGMENT OF FORFEITURE** |
| Defendant. | |

THIS MATTER came before the Court on the United States' Request for Entry of Default Judgment of Forfeiture ("Request"). *See* Dkt. No. 8. Having reviewed the Request, as well as the other pleadings and papers filed in this case, the Clerk FINDS a Default Judgment of Forfeiture is appropriately entered because:

- The United States properly served, by direct notice and publication, all potential claimants to the above-captioned $12,570 and any accrued interest ("the Defendant Currency") (Declaration of AUSA Michelle Jensen in Support of Request for Entry of Default, Dkt. No. 6-1);

- No one has filed a claim to the Defendant Currency or otherwise appeared in this case; and,

Default Judgment of Forfeiture - 1
*U.S. v. $12,570.00 in U.S. Currency*, CV17-162-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On April 21, 2017, the Clerk of Court entered default against all potential claimants to the Defendant Currency (Order of Default, Dkt. No. 7).

NOW, THEREFORE, THE COURT ENTERS a Default Judgment of Forfeiture, as follows:

1. The Defendant Currency is fully and finally forfeited, in its entirety, to the United States pursuant to 21 U.S.C. § 881(a)(6); hereafter, no right, title, or interest in the Defendant Currency shall exist in any other party; and,

2. The United States Marshals Service, and/or its agents and representatives, shall dispose of the Defendant Currency as permitted by governing law.

DATED this 2nd day of May, 2017.

James L. Robart
United States District Court Judge

Presented by:

/s Michelle Jensen
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Default Judgment of Forfeiture - 2
U.S. v. $12,570.00 in U.S. Currency, CV17-162-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970